United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Jesse Lee Woodburn

Debtor

Case No. 25-03623-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: Feb 12, 2026      Form ID: ntnoshow      Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jesse Lee Woodburn, 703 Erie Street, Dauphin, PA 17018-9762 |
| 5767832 | + | Eng Lending, 3508 Laramie Drive, Suite 2b, Bozeman, MT 59718-2006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5767825 | + | Email/Text: BKPT@cfna.com | Feb 12 2026 18:40:00 | CFNA, Attn: Bankruptcy, Bk?11/Customer Service Po Box 81315, Cleveland, OH 44181-0315 |
| 5767826 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2026 18:41:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5767827 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2026 18:41:00 | Comenity/Cosmo Prof, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 5767828 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 12 2026 18:41:00 | Comenity/Sally, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 5767829 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 12 2026 18:41:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5767830 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 12 2026 18:40:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5767831 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 12 2026 18:41:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5768742 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2026 18:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5774679 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2026 18:41:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 5767833 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 12 2026 18:41:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5767834 | ^ | MEBN | Feb 12 2026 18:38:57 | KML Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1538 |
| 5767835 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 18:56:01 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5769825 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 12 2026 18:56:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5767837 | + | Email/Text: Unger@Members1st.org | Feb 12 2026 18:41:00 | Members 1st FCU, Attn: Bankruptcy, Po Box |

| | | | | |
|---|---|---|---|---|
| | | | | 8893, Camp hill, PA 17001-8893 |
| 5778776 | + Email/Text: bankruptcydpt@mcmcg.com | | Feb 12 2026 18:41:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5767838 | + Email/Text: bankruptcydpt@mcmcg.com | | Feb 12 2026 18:41:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5767841 | ^ MEBN | | Feb 12 2026 18:39:07 | PP&L Electrict Services, Customer Service, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5767840 | + Email/PDF: ebnotices@pnmac.com | | Feb 12 2026 18:56:10 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5778826 | + Email/PDF: ebnotices@pnmac.com | | Feb 12 2026 18:55:54 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5767842 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Feb 12 2026 18:40:00 | Verizon, 500 Technology Drive, Ste. 550, Weldon Springs, MO 63304-2225 |
| 5771484 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | Feb 12 2026 18:40:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5767836 | *+ | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5767839 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Jesse Lee Woodburn cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jesse Lee Woodburn,                                    Chapter        13

**Debtor 1**

Case No.        1:25−bk−03623−HWV

## Notice of Intention to Dismiss Bankruptcy Case

Section 343 of the Bankruptcy Code (11 U.S.C. § 343) requires debtors to appear and submit to an examination under oath at the meeting of creditors held under Section 341 of the Bankruptcy Code (11 U.S.C. § 341). The failure to appear at the Section 341 meeting of creditors is grounds for dismissal of the bankruptcy case.

The court's docket indicates that Debtor 1 failed to appear at the scheduled Section 341 meeting of creditors. **Accordingly, the Court intends to dismiss the bankruptcy case of Debtor 1.**

Any debtor opposing dismissal must file an objection with the Court on or before **March 5, 2026** explaining the failure to appear at each scheduled Section 341 meeting of creditors. Any creditor or party in interest that opposes this dismissal must file an objection with the Court on or before **March 5, 2026**.

**If no objections are filed by March 5, 2026, an Order will be entered dismissing the bankruptcy case of Debtor 1.**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 12, 2026 |

ntnoshow (07/18)