# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

IN RE: : CHAPTER 13
JESSE LEE WOODBURN, :
 : CASE NO: 1:25-bk-03623-HWV
Debtor(s) :

## DEBTOR'S OBJECTION TO NOTICE OF INTENTION TO DISMISS BANKRUPTCY CASE

**AND NOW COMES**, Debtor, Jesse Lee Woodburn, by and through his attorneys, Jacobson, Julius & Harshberger, and hereby file this Objection to Notice of Intention to Dismiss Bankruptcy Case and in support thereof states as follows:

1. Debtor admits that he was given two opportunities to appear at his previously scheduled 341 meeting of creditors.

2. Debtor admits that he was unable to attend said hearings despite having notice and an opportunity to do so.

3. Nevertheless, Debtor objects and asks the court to allow him one final opportunity to appear at a different 341 date.

4. Debtor told the undersigned counsel as follows:

"I sincerely apologizes for missing the zoom that was rescheduled for yesterday I am currently am dealing with the flu and had my days and times mixed up I thought it was scheduled for the 21st not the 12th is it still possible to reschedule or no i am aware that I also missed the first appointment that was due to work with all the snow we had to deal with I had very little time off work again I due apologize for any inconvenience ."

5. Debtor respectfully requests this honorable court give him one final opportunity to attend the required 341 meeting of creditors.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court deny the Notice of Intention to Dismiss and further requests any other relief deemed necessary and just.

Respectfully Submitted,

JACOBSON, JULIUS, & HARSHBERGER

Dated: March 5, 2026

s/Chad J. Julius
ID# 209496
8150 Derry Street
Harrisburg, PA 17111.5260
717.909.5858

1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYNVANIA

IN RE: : CHAPTER 13
JESSE LEE WOODBURN, :
                : CASE NO: 1:25-bk-03623-HWV
    Debtor(s) :

CERTIFICATE OF SERVICE

I, Dera Shade, of Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within Respondent's Answer to Movant's Request to Dismiss upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| |
|---|
| Jack N. Zaharopoulos, Esquire (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |
| United States Bankruptcy Court<br>The Sylvia H. Rambo US Courthouse<br>1501 North 6th Street<br>Bankruptcy Courtroom 8, 4th Floor<br>Harrisburg, PA 17102 |

Dated: March 6, 2026                          s/Dera Shade

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYNVANIA**

IN RE: : CHAPTER 13
JESSE LEE WOODBURN, :
: CASE NO: 1:25-bk-03623-HWV
Debtor(s) :

**<u>ORDER</u>**

Upon consideration of the Debtor's Objection to the Chapter 13 Trustee Motion to Dismiss, it is

hereby, **ORDERED** that Debtor shall appear at a rescheduled 341 meeting of creditors. Should Debtor

fail to appear at said rescheduled meeting, upon certificate of default file by the Chapter 13 Trustee,

Debtor's case shall be dismissed.

3