United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Jesse Lee Woodburn

    Debtor

Case No. 25-03623-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1

Date Rcvd: Apr 09, 2026

User: AutoDocke

Form ID: ntcnfhrg

Page 1 of 3

Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db | + Jesse Lee Woodburn, 703 Erie Street, Dauphin, PA 17018-9762 |
| 5767832 | + Eng Lending, 3508 Laramie Drive, Suite 2b, Bozeman, MT 59718-2006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| 5767825 | + Email/Text: BKPT@cfna.com | Apr 09 2026 18:50:00 | CFNA, Attn: Bankruptcy, Bk?11/Customer Service Po Box 81315, Cleveland, OH 44181-0315 |
| 5767826 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2026 18:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5767827 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2026 18:51:00 | Comenity/Cosmo Prof, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 5767828 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 09 2026 18:51:00 | Comenity/Sally, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 5767829 | + Email/Text: dylan.succa@commercialacceptance.net | Apr 09 2026 18:50:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5767830 | + Email/Text: ebnnotifications@creditacceptance.com | Apr 09 2026 18:50:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5767831 | + Email/Text: bankruptcy_notifications@ccsusa.com | Apr 09 2026 18:51:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5768742 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2026 18:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5774679 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2026 18:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 5767833 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 09 2026 18:51:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5767834 | ^ MEBN | Apr 09 2026 18:46:28 | KML Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1538 |
| 5767835 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 18:54:26 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5769825 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 09 2026 18:54:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5767837 | + Email/Text: Unger@Members1st.org | Apr 09 2026 18:50:00 | Members 1st FCU, Attn: Bankruptcy, Po Box |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 8893, Camp hill, PA 17001-8893 |
| 5778776 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 09 2026 18:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5767838 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 09 2026 18:51:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5767841 | ^ | MEBN | Apr 09 2026 18:46:40 | PP&L Electrict Services, Customer Service, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5767840 | + | Email/PDF: ebnotices@pnmac.com | Apr 09 2026 18:54:27 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5778826 | + | Email/PDF: ebnotices@pnmac.com | Apr 09 2026 18:54:21 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5781324 |  | Email/PDF: ebn_ais@aisinfo.com | Apr 09 2026 18:54:32 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5767842 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 09 2026 18:50:00 | Verizon, 500 Technology Drive, Ste. 550, Weldon Springs, MO 63304-2225 |
| 5771484 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 09 2026 18:50:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5767836 | *+ | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5767839 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Jesse Lee Woodburn cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jesse Lee Woodburn,

    **Debtor 1**

Chapter    13

Case No.    1:25−bk−03623−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 13, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 20, 2026<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Sylvia H. Rambo US Courthouse 1501 N. 6th Street Harrisburg, PA 17102 (717) 901−2800 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 9, 2026 |

ntcnfhrg (08/21)