**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:                                       :       CHAPTER 13
JESSE LEE WOODBURN                           :
                  Debtor,                     :
                                             :
           v.                                :
                                             :       Bankruptcy No. 1:25-bk-03623-HWV
PENNYMAC LOAN SERVICES, LLC                   :
                  Movant,                     :
                                             :
JESSE LEE WOODBURN,                          :
JESSICA WOODBURN,                            :
JACK N. ZAHAROPOULOS, Trustee                :
                  Respondents                :

**DEBTOR'S ANSWER TO MOVANT'S MOTION FOR RELIEF FROM
THE AUTOMATIC STAY**

**AND NOW COMES**, Debtor, Jesse Lee Woodburn, by and through his attorneys, Jacobson,

Julius & Harshberger, and hereby files this Answer to Movant's Motion for Relief from the

Automatic Stay and in support thereof states as follows:

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

7.      It is admitted Debtor may be behind on payments to Movant. It is denied as to the

amount the Debtor is behind.  Debtor is willing to get current with Movant via an amended plan

by adding the arrears post-petition to the plan.  In the alternative, Debtor is willing to complete a

stipulation with the Movant to cure the arrears within six months.

1

8. It is admitted Debtor may be behind on payments to Movant. It is denied as to the amount the Debtor is behind. Debtor is willing to get current with Movant via an amended plan by adding the arrears post-petition to the plan. In the alternative, Debtor is willing to complete a stipulation with the Movant to cure the arrears within six months. Debtor's case has just begun and his employment is stabilizing to allow him to resume payments.

9. It is admitted Debtor may be behind on payments to Movant. It is denied as to the amount the Debtor is behind. Debtor is willing to get current with Movant via an amended plan by adding the arrears post-petition to the plan. In the alternative, Debtor is willing to complete a stipulation with the Movant to cure the arrears within six months.

10. Paragraph 10 is a conclusion of law to which no response is required. To the extent a response is required, said averment is denied.

11. Paragraph 11 is a conclusion of law to which no response is required. To the extent a response is required, said averment is denied.

12. Paragraph 12 is a conclusion of law to which no response is required. To the extent a response is required, said averment is denied.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court deny Movant's Motion for Relief from the Automatic Stay and further request any other relief deemed necessary and just.

Respectfully Submitted,

JACOBSON, JULIUS, & HARSHBERGER

Dated: April 15, 2026

/s/Chad J. Julius
ID# 209496
8150 Derry Street, Ste A
Harrisburg, PA 17111
717.909.5858

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: :     CHAPTER 13
JESSE LEE WOODBURN :
     Debtor, :
      :
     v. :
      :     Bankruptcy No. 1:25-bk-03623-HWV
PENNYMAC LOAN SERVICES, LLC :
     Movant, :
      :
JESSE LEE WOODBURN, :
JESSICA WOODBURN, :
JACK N. ZAHAROPOULOS, Trustee :
     Respondents :

## CERTIFICATE OF SERVICE

I, Dera Shade, of Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within **Answer to Movant's Motion for Relief from The Automatic Stay** upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| Jack N. Zaharopoulos, Esquire (Trustee) 8125 Adams Drive, Suite A Hummelstown, PA 17036 | Matthew Fissel, Esq. KML Law Group, PC 701 Market Street, Suite 5000 Philadelphia, PA 19106 |
|---|---|
| United States Trustee The Sylvia H. Rambo US Courthouse 1501 North 6th Street, Bankruptcy Courtroom 8 4th Floor Harrisburg, PA 17102 | |

/s/ Dera Shade
8150 Derry Street, Ste A
Harrisburg, PA 17111
Dated: April 15, 2026     Email: dshade@ljacobsonlaw.com

3