United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                Case No. 25-03623-HWV

Jesse Lee Woodburn                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                        User: AutoDocke                              Page 1 of 1

Date Rcvd: May 12, 2026                    Form ID: pdf010                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2026:**

**Recip ID                    Recipient Name and Address**
         +   Jessica Woodburn, 703 Erie Street, Dauphin, PA 17018-9762

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: May 14, 2026                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chad J. Julius | on behalf of Debtor 1 Jesse Lee Woodburn cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jesse Lee Woodburn | CHAPTER 13 |
| Debtor(s) | |
| PENNYMAC LOAN SERVICES, LLC | |
| Moving Party | |
| vs. | CASE NO. 1:25-bk-03623-HWV |
| Jesse Lee Woodburn | |
| Debtor | |
| Jessica Woodburn | |
| Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| Jack N Zaharopoulos | |
| Trustee | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Pennymac Loan Services, LLC, Doc. 22, and it appearing that the parties have resolved this matter via Stipulation, Doc. 30, it is

**ORDERED** that the Stipulation is approved. However, this Court retains discretion regarding entry of any further order.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 12, 2026