UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :
JESSE LEE WOODBURN,                                 :     CHAPTER 13
          Debtor                                    :
                                                    :
    JACK N. ZAHAROPOULOS                             :
    STANDING CHAPTER 13 TRUSTEE                      :     CASE NO.  1-25-bk-03623-HWV
          Movant                                    :
                                                    :
                                                    :
                                                    :
JESSE LEE WOODBURN,                                 :
          Respondent

### TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 16th day of June 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor's Plan for the following reason:

1.      Trustee avers that Debtor's Plan is not feasible based upon the following:

    a.  Insufficient Monthly Net Income as indicated on Schedules I and J.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of Debtor's Plan;
    b.  Dismiss or convert Debtor's case; and
    c.  Provide such other relief as is equitable and just.


Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:  /s/ Douglas R Roeder
Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 16th day of June 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Chad J. Julius
Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, Pa 17111

/s/Tanya M. Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

2