**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYNVANIA**

IN RE:                                   :         CHAPTER 13
JESSE LEE WOODBURN,            :

                                    :         CASE NO: 1:25-bk-03623-HWV

        Debtor(s)                      :

## <u>CERTIFICATE OF SERVICE</u>

I, Chad J. Julius, with the firm of Jacobson, Julius & Harshberger hereby certify that on July 17, 2026, a true and correct copy of the ORDER CONFIRMING AMENDED CHAPTER 13 PLAN, pursuant to L.B.R 2002-1(e), was served by electronic means and/or first-class mail, postage prepaid on the following:

SEE ATTACHED MATRIX

Respectfully Submitted,

JACOBSON, JULIUS & HARSHBERGER

By: /s/ Chad J. Julius
Chad J. Julius

Date: July 17, 2026

Label Matrix for local noticing
0314-1
Case 1:25-bk-03623-HWV
Middle District of Pennsylvania
Harrisburg
Fri Jul 17 15:04:57 EDT 2026

U.S. Bankruptcy Court
Sylvia H. Rambo US Courthouse
1501 N. 6th Street
Harrisburg, PA 17102-1104

CFNA
Attn: Bankruptcy
Bk?11/Customer Service Po Box 81315
Cleveland, OH 44181-0315

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity/Cosmo Prof
Comenity Bank, Bankruptcy Department
Po Box 182125
Columbus, OH 43218-2125

Comenity/Sally
Attn: Bankruptcy Department
Po Box 182125
Columbus, OH 43218-2125

Commercial Acceptance Company
Attn: Bankruptcy
2300 Gettysburg Road, Suite 102
Camp Hill, PA 17011-7303

Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Road Ste 3000
Southfield, MI 48034-8331

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Eng Lending
3508 Laramie Drive, Suite 2b
Bozeman, MT 59718-2006

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Jefferson Capital Systems, Llc
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377-4500

KML Law Group, P.C.
701 Market Street
Philadelphia, PA 19106-1538

LVNV Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602-1269

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Members 1st FCU
Attn: Bankruptcy
Po Box 8893
Camp hill, PA 17001-8893

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

PP&L Electrict Services
Customer Service
827 Hausman Road
Allentown, PA 18104-9392

PennyMac Loan Services, LLC
PennyMac Loan Services, LLC, Attn: Bankr
Po Box 514387
Los Angeles, CA 90051-4387

PennyMac Loan Services, LLC.
P.O. Box 2410
Moorpark, CA 93020-2410

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

Verizon
500 Technology Drive
Ste. 550
Weldon Springs, MO 63304-2225

Verizon
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

WebBank
PO Box 105555
Atlanta, GA 30348-5555

Chad J. Julius
Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, PA 17111-5212

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Jesse Lee Woodburn
703 Erie Street
Dauphin, PA 17018-9762

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

(d)Jefferson Capital Systems, LLC
PO BOX 7999
ST.CLOUD, MN 56302-9617

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Jesse Lee Woodburn

Case number 1:25−bk−03623−HWV

**Debtor 1**

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 18, 2026. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 8, 2026

orcnfpln(05/18)