UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF PENNSYLVANIA

**In RE:**

JESSE LEE WOODBURN

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 10

**Case Number:** 25-03623

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Verizon by AIS InfoSource LP as agent**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

- [ ] Notice only
- [x] Payment only
- [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Verizon by AIS InfoSource LP as agent

PO Box 4457

Houston, TX 77210-4457

TO:

Verizon by AIS InfoSource LP as agent

PO Box 661380

Dallas,TX 75266-1380

Date: 08/20/2026

/s/ Jordan O'Neal

Creditor's Authorized Agent for Verizon by AIS InfoSource LP as agent

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

**In RE:**

**Chapter:** 13

JESSE LEE WOODBURN

**Case Number:** 25-03623

**Debtor(s)**

## Certificate of Service

I certify that on 08/20/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
CHAD J JULIUS
CJULIUS@LJACOBSONLAW.COM

Trustee
JACK N ZAHAROPOULOS
info@pamd13trustee.com

/s/ Jordan O'Neal

Jordan O'Neal
AIS InfoSource, LP
4515 N Santa Fe Ave.
Oklahoma City, OK 73118
877-893-8820
POC_AIS@aisinfo.com