United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 25-03623-HWV
Jesse Lee Woodburn Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Sep 24, 2026 Form ID: ordsmiss Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jesse Lee Woodburn, 703 Erie Street, Dauphin, PA 17018-9762 |
| 5767832 | + | Eng Lending, 3508 Laramie Drive, Suite 2b, Bozeman, MT 59718-2006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AIS.COM | Sep 24 2026 22:51:00 | Verizon by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5767825 | + | EDI: CRFRSTNA.COM | Sep 24 2026 22:51:00 | CFNA, Attn: Bankruptcy, Bk?11/Customer Service Po Box 81315, Cleveland, OH 44181-0315 |
| 5767826 | + | EDI: WFNNB.COM | Sep 24 2026 22:51:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5767827 | + | EDI: WFNNB.COM | Sep 24 2026 22:51:00 | Comenity/Cosmo Prof, Comenity Bank, Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 5767828 | + | EDI: WFNNB.COM | Sep 24 2026 22:51:00 | Comenity/Sally, Attn: Bankruptcy Department, Po Box 182125, Columbus, OH 43218-2125 |
| 5767829 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 24 2026 18:57:00 | Commercial Acceptance Company, Attn: Bankruptcy, 2300 Gettysburg Road, Suite 102, Camp Hill, PA 17011-7303 |
| 5767830 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 24 2026 18:57:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5767831 | + | EDI: CCS.COM | Sep 24 2026 22:51:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5768742 | | EDI: JEFFERSONCAP.COM | Sep 24 2026 22:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5774679 | | EDI: JEFFERSONCAP.COM | Sep 24 2026 22:51:00 | Jefferson Capital Systems, LLC, PO BOX 7999, ST.CLOUD, MN 56302-9617 |
| 5767833 | + | EDI: JEFFERSONCAP.COM | Sep 24 2026 22:51:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 5767834 | ^ | MEBN | Sep 24 2026 18:52:35 | KML Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1538 |
| 5767835 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 19:07:07 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5769825 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 24 2026 19:07:10 | LVNV Funding, LLC, Resurgent Capital Services, |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 5767837 | + | Email/Text: Unger@Members1st.org | Sep 24 2026 18:57:00 | Members 1st FCU, Attn: Bankruptcy, Po Box 8893, Camp hill, PA 17001-8893 |
| 5778776 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2026 18:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5767838 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 24 2026 18:58:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5767841 | ^ | MEBN | Sep 24 2026 18:52:51 | PP&L Electrict Services, Customer Service, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5767840 | + | Email/PDF: ebnotices@pnmac.com | Sep 24 2026 19:07:10 | PennyMac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5778826 | + | Email/PDF: ebnotices@pnmac.com | Sep 24 2026 19:07:13 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5781324 | | EDI: AIS.COM | Sep 24 2026 22:51:00 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5767842 | + | EDI: VERIZONCOMB.COM | Sep 24 2026 22:51:00 | Verizon, 500 Technology Drive, Ste. 550, Weldon Springs, MO 63304-2225 |
| 5771484 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 24 2026 18:57:00 | WebBank, PO Box 105555, Atlanta, GA 30348-5555 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5767836 | *+ | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 5767839 | *+ | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Jesse Lee Woodburn cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |

| | |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Jesse Lee Woodburn

Case number 1:25−bk−03623−HWV

**Debtor 1**

**Order**

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 24, 2026

ordsmiss (05/18)